UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HITCHCOCK, JASON W                         §   Case No. 09-29136-ABG
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOHN E. GIERUM                    , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   Clerk of the Bankruptcy Court
   Dirksen Federal Courthouse
   219 S Dearborn Street, 7th Floor
   Chicago, Il 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee. If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

   A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm
on September 9, 2016 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/02/2016          By: /s/JOHN E. GIERUM
                                                         Trustee

JOHN E. GIERUM
SUITE 308
2700 S. RIVER ROAD
DES PLAINES, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HITCHCOCK, JASON W § Case No. 09-29136-ABG
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 383.13 |
| *leaving a balance on hand of* [1] | $ 4,616.87 |
| **Balance on hand:** | $ 4,616.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | CitiMortgage, Inc | 147,293.84 | 147,293.84 | 0.00 | 0.00 |
| 5 -2 | The Townes of Bradford Place Condominium Associati | 4,282.08 | 4,282.08 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 4,616.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 1,250.00 | 0.00 | 1,250.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,250.00 |
| Remaining balance: | $ | 3,366.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,366.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,366.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,394.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 5,689.95 | 0.00 | 987.76 |
| 2 | eCAST Settlement Corporation, assignee | 2,768.58 | 0.00 | 480.61 |
| 3 | eCAST Settlement Corporation, assignee | 10,936.35 | 0.00 | 1,898.50 |

Total to be paid for timely general unsecured claims: $ 3,366.87
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 308
2700 S. RIVER ROAD
DES PLAINES, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 09-29136-ABG
Jason W Hitchcock                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1           Page 1 of 1            Date Rcvd: Aug 03, 2016
                              Form ID: pdf006           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2016.
db              #Jason W Hitchcock,    74 W. Buckingham Dr,    Round Lake, IL  60073-5635
14633908        +CitiMortgage, Inc,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road, Suite 100,
                  Burr Ridge, IL 60527-6921
14624871         eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
                  Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14316222         E-mail/Text: mrdiscen@discover.com Aug 04 2016 01:31:33      DISCOVER BANK,   DFS Services LLC,
                  PO Box 3025,   New Albany, Ohio  43054-3025
14674792        +E-mail/Text: ndaily@ksnlaw.com Aug 04 2016 01:32:28
                  The Townes of Bradford Place Condominium Associati,   c/o Kovitz Shifrin Nesbit,
                  750 West Lake Cook Rd.,   Suite 350,   Buffalo Grove, IL 60089-2088
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14624872*        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
                  Newark, NJ 07193-5480
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2016 at the address(es) listed below:
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Joel P Fonferko    on behalf of Creditor    CITIMORTGAGE, INC. ND-One@il.cslegal.com
              John E Gierum    on behalf of Trustee John E Gierum john@gierummantas.com,    IL25@ecfcbis.com
              John E Gierum    john@gierummantas.com,   IL25@ecfcbis.com
              Maria Georgopoulos    on behalf of Creditor    CITIMORTGAGE, INC. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Plaintiff Jason W Hitchcock paul@bachoffices.com,
               pnbach@bachoffices.com;bachecf@gmail.com
              Paul M Bach    on behalf of Debtor 1 Jason W Hitchcock paul@bachoffices.com,
               pnbach@bachoffices.com;bachecf@gmail.com
              Penelope N Bach    on behalf of Debtor 1 Jason W Hitchcock pnbach@bachoffices.com,
               bachecf@gmail.com;paul@bachoffices.com
              Peter C Bastianen    on behalf of Creditor    CITIMORTGAGE, INC. ND-Four@il.cslegal.com
              Ronald J. Kapustka    on behalf of Creditor    The Townes of Bradford Place Condominium Association
               ndaily@ksnlaw.com,   bankruptcy@ksnlaw.com
                                                                                              TOTAL: 11